**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov **2 0 2 6    4 0 7 4**

FILED
CIVIL DIVISION
JUN 12 2026
Superior Court of the
District of Columbia

Case No. _____

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921.

WMWTAH

DUKE ASIAMAH

PLAINTIFF          vs          DEFENDANT

2727 MARTIN LUTHER KING JR AV.          3 WWATA POLICE OFFICERS

Address (No Post Office Boxes)          Address (No Post Office Boxes)

C 20 WASHINGTON DC 2005          300 7TH LCW          WASHINGTON DC 20024

City    State    Zip Code          City    State    Zip Code

(202) 940-9326

Telephone Number          Telephone Number

Email Address (optional)          Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

PLEASE SEE ATTACHED STATEM OF FACT

2. What relief are you requesting from the Court? Include any request for money damages.

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

3.  State any other information, of which the Court should be aware:

PLEASE SEE ATTACHED COMPREHENSIVE STATEMENTS ON THE
CONDUCT OF ROGUE POLICE OFFICERS

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

June 12, 2026
**DATE**

Subscribed and sworn to before me this _____ 12th _____ day of _____ June _____ 20 26

_____
(Notary Public/Deputy Clerk)

WMATA  (300 7TH SW

A  case of false arrest and violation of my human and civil rights by three Washington Metropolitan Area Transit Authority police officers On Wednesday June 12, 2025, I went to Gallery Place China Town Metro Station to take The Green Line home, a weekly routine.

I used my Metro Access Card to entry to the train level platform. Before the next train arrived I was surrounded by two black men who described themselves as transit police officers. They asked me where I going. I told them I was going home. I asked them for what reason did they did they stop me. They did not answer. Shortly thereafter they were joined by a black woman officer. For the next thirty minutes the three held me against my will. Any time a train pulled to a stop and I tried to board it they would restrain me from going on board. Their illegal actions went on for over thirty minutes.


These three officers ordered down an ambulance stretcher down. They tied me down to the stretcher; and they debated among themselves which hospital I should be sent-whether Washington Hospital Center or George Washington Hospital. They chose George Washington for its distance.

When these officers held me against my will, I had a portable bag which contained a new eye glasses I had bought that day from Freed Opticals at 9 and Penn NW across from FBI Headquarters; I also had with me two bars of chocolate in my bag which the officers stole.


At the GW Hospital Emergency Room, the attendants asked me what was wrong with me. I told them there was nothing wrong with me, and that I was kidnapped by three Metro police officers at the China Town

metro station whilst I was waiting for the train to go home. They examined me and found nothing wrong with me. I told them GW Hospital is ironically my primary care hospital. I told them I was at the hospital on June 3,2025 for urinary tract infection. So, those three officers took the law into their hands and abused my human and civil rights.

Duke Asiamah

2722 Martin Luther King Jr Ave SE

Apt C 400

Washington DC 20032

Phone: 202-940- 9326

o

PS: I DID NOT INCLUDE BODY INJURIES AND AMBULANCE AND OTHER COSTS